

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00409-CR

Christopher **CASTORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2508
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court